United States District Court
Southern District of Texas
**ENTERED**
May 15, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GUILLERMO PALACIOS ESQUIVEL, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-01539 |
| | § | |
| PAM BONDI, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER

On February 25, 2026, this action was referred to United States Magistrate Judge Yvonne Ho for all pretrial proceedings, including the issuance of a Memorandum and Recommendation. Doc. #4. At this time, the Court WITHDRAWS its referral of this case to Magistrate Judge Ho. Doc. #4. This case is before the undersigned.

It is so ORDERED.

MAY 1 5 2026
_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge